IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| CARTARVIS A. JORDAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 325-044 |
| | ) | |
| DR. CHENEY; CAPTAIN JIMMY | ) | |
| KELLOM; LT. BRUNCH; KENDRIC | ) | |
| JACKSON; WARDEN RICKY WILCOX; | ) | |
| WARDEN MCFARLAND ANDREW; | ) | |
| WARDEN KEITH; COMMISSIONER | ) | |
| TYRONE OLIVER; OFFICER TILLMAN; | ) | |
| AHMAD HOLT; and MICHAEL STANTON | ) | |
| SHEPARD, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 14.) Plaintiff's objections included new facts and claims which were not in his original complaint. (See id.) Accordingly, on September 9th, 2025, the Magistrate Judge ordered Plaintiff to submit an amended complaint, including all of his claims in one document, within fourteen days. (Doc. no. 17.) The Court informed Plaintiff if he did not file an amended complaint by this deadline, then the Court would submit its July 7, 2025 Report and Recommendation to the presiding District Juge for consideration. (Id. at 4.) The time for Plaintiff to file an amended complaint has passed, and Plaintiff has not submitted an amended complaint, nor has he

provided the Court with any explanation why he has not complied. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action. Because this case is dismissed, the Court **DENIES** as **MOOT** Plaintiff's motion for a preliminary injunction. (Doc. no. 16.)

SO ORDERED this __16th__ day of October, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE